■ In the Matter of DOMENIC G. MARIANETTI et al., Appellants, against ZONING BOARD OF APPEALS OF THE CITY OF ROCHESTER et al., Respondents, and BRIGHTON PLACE SEALTEST DAIRY, INC., et al., Intervenors-Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal

from an order of Monroe Special Term confirming a report of Official Referee and affirming a decision of the Rochester Zoning Board of Appeals in granting a variance to the Building Zone Ordinance for a permit to demolish five dwellings and to erect a masonry building for use in a dairy business.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.